**U.S BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GA.**

75 Ted Turner Drive SW, Atlanta, GA 30303

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

FEB 01 2022

By: M. Regina Thomas, Clerk
    Deputy Clerk

RE: Mayes, Sheila                                CASE # 21-59325-bem

Emergency and Expedited
Motion to Re-Instate Case and Motion to Reconsider fee Waiver

Now Comes, Debtor, Sheila Mayes, seeking that this case be re-instated immediately. This case was dismissed on January 7, 2022, for failure to perfect filing deficiencies and filing fees. On or about December 20, 2021, Debtor, Mayes, did test positive for covid-19, and did not work from that time until January 18, 2022.

Furthermore, we do request that reconsideration be given to our request for filing fee waiver or in the alternative, debtor Mayes, prays that fees be allowed to be paid in installments. Debtor has submitted all schedules for consideration for a determination that this request be granted.

This dismissal exposes Debtor to ***irreparable*** damages if this case is not re-instated immediately.

Signed this 21st day of January 2022

Sheila Mayes
Debtor

PROOF OF SERVICE

This is to certify that a true and correct copy of

Emergency and Expedited
Motion to Re-Instate Case and Motion to Reconsider fee Waiver

Was placed in the US Mail to

Richard Russell Federal Building
75 Ted Turner Blvd #362
Atlanta, GA  30303

Signed this 21st day of January 2022

Sheila Mayes