

**IT IS ORDERED as set forth below:**

**Date: February 3, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

Sheila Juanita Mayes,

      Debtor.

CASE NO. 21-59325-BEM

CHAPTER 7

### ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE AND DENYING DEBTOR'S MOTION TO RECONSIDER FEE WAVIER

Before the Court is Debtor's Emergency and Expedited Motion to Re-Instate Case and Motion to Reconsider Fee Waiver filed on February 1, 2022 (the "Motion"). [Doc. 18]. Debtor filed her chapter 7 case and Application for Waiver of Chapter 7 Filing Fee on December 13, 2021. [Doc. 1 & 4]. Debtor's Application for Waiver of Chapter 7 Filing Fee was denied on December 16, 2021. [Doc. 6]. Debtor's case was dismissed on January 7, 2021 for failure to correct filing deficiencies. [Doc. 13]. Subsequently on January 18, 2022, Debtor filed an Application to Pay the Filing Fee in Installments (the "Application"). [Doc. 16]. The Application remained pending while the case was dismissed and until Debtor filed her Motion.

In her Motion, Debtor seeks to have her case reinstated and requests that the Court reconsider her request to have the filing fee waived, or in the alternative, be given the opportunity to pay the filing fee in installments.

Debtor has not carried her burden of showing she qualifies for waiver of the Chapter 7 filing fee. Debtor's $32,136 annual income exceeds $19,320 (%150 of the $12,880 poverty line for a 1-person household). Under 28 U.S.C. § 1930(f)(1), the Court may waive the filing fee if (1) Debtor's income is less than 150% of the official poverty guideline applicable to Debtor's family size and (2) Debtor is unable to pay the filing fee in installments. In 2021, the official poverty line income amount for a 1-person household is $12,880. See https://aspe.hhs.gov/poverty-guidelines. Debtor bears the burden of proving that her circumstances satisfy both requirements of 28 U.S.C. § 1930(f)(1). *See, e.g., In re Spisak*, 361 B.R. 408, 412 (Bankr. D. Vt. 2007). However, the Court will grant Debtor's request to pay the filing fee in installments made in the Motion and by the separate Application as set forth below. A separate fee in the amount of $260 is due for filing the Motion and is incorporated into the installments below.

Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** as to Debtor's request to reopen her case; it is further

**ORDERED** that the United States Trustee may reappoint a trustee and reschedule the meeting of creditors; it is further

**ORDERED** that the deadline for filing complaints objecting to discharge or to dischargeability of certain debts is extended to **April 18, 2022**; it is further

**ORDERED** that the Debtor's request to waive the filing fee is **DENIED**; it is further

**ORDERED** that Debtor's request to pay the filing fee in installments is **GRANTED**, and Debtor shall either (1) pay the Chapter 7 filing fee and the fee for filing the current Motion in full within ten (10) days of the date of the entry of this Order, or (2) begin making installment payments as follows:

$ 85.00 on or before 10 days from the date of the entry of this Order.
$ 212.00 on or before 30 days from the date of the entry of this Order.
$ 213.00 on or before 60 days from the date of the entry of this Order.
$ 88.00 on or before 90 days from the date of the entry of this Order.

**ALL PAYMENTS MUST BE MADE BY MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT." \*\***

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online−payments

If Debtor fails to comply with the terms of this Order, this case may be dismissed without further notice or opportunity for hearing.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the U.S. Trustee.

**\*\* Mailing Address**

United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**END OF ORDER**