UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHEILA JUANITA MAYES, | ) | CASE NO. 21-59325-BEM |
| | ) | |
| DEBTOR. | ) | |

**CORRECTED NOTICE OF RESCHEDULED MEETING OF CREDITORS**

On February 3, 2022, the Court entered an order vacating the order dismissing the case. (Dkt. No. 20) Accordingly, the United States Trustee will convene a meeting of creditors on **March 1, 2022, at 8:50 a.m.** The meeting will be conducted by telephone conference call. To attend, dial: **866-909-7148**. When prompted, enter participant code: **4958999#**. Pursuant to Bankruptcy Code section 343, the debtor must appear and submit to examination under oath at the meeting of creditors. The chapter 7 trustee, Greg Hays, will preside at the meeting.

MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
*jeneane.treace@usdoj.gov*