## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Sheila Juanita Mayes**
1416 Chase Common Dr.
Norcross, GA 30071

**xxx–xx–0264**

Case No.: **21–59325–bem**
Chapter: **7**
Judge: **Barbara Ellis–Monro**

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

You are hereby notified that the meeting of creditors has been rescheduled to **March 1, 2022** at **08:50 AM Meeting will be telephonic. To attend, Dial: 866–909–7148 and enter: 4958999, when prompted for participation code.**

At least seven days prior to the meeting, the debtor must provide the trustee with a photocopy of (1) the most recently filed federal income tax return or a transcript thereof; (2) government–issued photo ID; and (3) evidence of Social Security Number. Contact the trustee to obtain instructions for submitting these materials.

The Trustee assigned to this case is:

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

(404) 926–0060

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: February 8, 2022

Form 250