UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SHEILA JUANITA MAYES, | : | CASE NO. 21-59325-BEM |
| | : | |
| Debtor. | : | |

### WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

I, S. Gregory Hays, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the Trustee's Report of No Distribution filed electronically on January 23, 2022.

This 9th day of February, 2022.

    /s/ S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060